MEAKIN & RIDGWAY, INC. v. UNITED STATES

No. 7481.—Invoice dated Birmingham, England, December 1945.
Entered at New York, N. Y., January 24, 1946.
Entry No. 734870.

(Decided December 17, 1947)

*Benjamin A. Levett* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

JOHNSON, Judge: This proceeding has been submitted upon a stipulation wherein the parties hereto have agreed that the issues involved in this reappraisement are the same in all material respects as in the case of *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. 183, C. A. D. 334. The record in that case was admitted as part of the record herein.

In view of the aforesaid stipulation and accepting same as a statement of fact, and in view of the decision cited, I find and hold that the export value of the merchandise is the value found by the appraiser, less any additions on entry by the importer by reason of advances by the appraiser in similar cases to equal the British purchase tax, so-called.

Judgment will be rendered accordingly.

HARRY SOLODOW (RADIO PICTURE FRAME Co.) ET AL. v. UNITED STATES

No. 7482.—Invoices dated London, England, August 29, 1941, etc.
Certified September 19, 1941, etc.
Entered at New York, N. Y., October 17, 1941, etc.
Entry No. 719863, etc.

(Decided December 18, 1947)

*Eugene R. Pickrell* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.